# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-00873-CJC(MLGx) | Date | October 29, 2010 |
|---|---|---|---|
| Title | Simone Moore v. Recontrust Company NA, et al | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE

     On October 5, 2010, the Court issued a Minute Order denying Plaintiff's Request For Extension of Time to Amend. Plaintiff was ordered to file a Second Amended Complaint by October 27, 2010. As of today's date no amended complaint has been filed. The Court hereby ORDERS plaintiff, to show cause in writing no later than **November 8, 2010** why this action should not be dismissed for failure to prosecute.

     No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff is due.

                                                                                                    : 0

                                              Initials of Preparer   mu